**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDREW NELSON WARREN, | ) | NO. CV 12-4015-RGK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TIM A. VARGAS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 1, 2012.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE